P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>MV MMP Inc., a California corporation dba Fairfield Inn & Suites Riverside Moreno Valley,<br><br>Defendant. | Case No: 5:22-cv-759<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

The parties, by and through counsel, hereby stipulate to dismiss the above case with prejudice; each party to bear its/her own costs, fees and expenses. A proposed form of Order is attached.

RESPECTFULLY SUBMITTED this 18th day of October, 2022.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik
Attorneys for Plaintiff


/s/ Glenn Hayden
Glenn Hayden
Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28