JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>MV MMP Inc., a California corporation dba Fairfield Inn & Suites Riverside Moreno Valley,<br><br>Defendant. | Case No: 5:22-cv-759<br><br>**ORDER** |

On Joint Motion and for good cause shown,

IT IS HEREBY ORDERED that this case is dismissed with prejudice. Each party shall bear its/her own costs, fees and expenses.

DATED this 24th day of October, 2022.

_____
Sheri Pym
U.S. Magistrate Judge